PS 8  
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. James Dillon Jensen          Docket No. 0864 0:23CR00320-004(*)

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Corey S. Grandner, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **James Dillon Jensen** who was placed under pretrial supervision by the Honorable Elizabeth Cowan Wright, sitting in the Court at St. Paul on the 24th day of October, 2023, under the following special conditions:

- Pretrial Services Supervision
- Travel Restrictions
- No Contact with Victim/Witness
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Drug Treatment
- Alcohol Abstinence
- Residential Requirements / Restrictions

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

Jensen provided a laboratory confirmed positive urine sample January 23, 2024, and February 22, 2024. Additionally, Jensen provided presumptive positive urine samples for fentanyl on March 1, 2024, and March 4, 2024.

PRAYING THAT THE COURT WILL ORDER:

That a summons be issued, and a hearing be held to show cause why his pretrial release should not be revoked.

Petition for Action on Conditions of Pretrial Release  RE: James Dillon Jensen
Page 2

| | |
|---|---|
| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 7th day of March, 2024, and ordered filed and made a part of the records in the above case. | *Corey Grandner* |
| | Corey S. Grandner<br>U.S. Probation Officer<br>612-664-5415 |
| *s/Douglas L. Micko*<br>Douglas L. Micko<br>U.S. Magistrate Judge | Executed on    March 6, 2024 |
| | Place    Minneapolis |
| | Approved: |
| | *Amaryllis Austin*<br>Amaryllis Austin<br>Supervising U.S. Probation Officer |